IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARTHUR O. ARMSTRONG : CIVIL ACTION
:
v. :
: No. 00-36
BARBARA A. FEIN, et al. :

## ORDER

AND NOW, this 25th day of November, 2009, the following motions are denied:

1. "Plaintiff's Motion for Leave to File Motion for Summary Judgment with Supporting Affidavit and Documentation, in Response and in Opposition to Defendant's Motion to Dismiss, if any, (Brief II)" (docket no. 29);

2. "Plaintiff's Motion for Leave to File Motion to Reopen Case" (docket no. 30);

3. "Plaintiff's Motion for Leave to File Amended Complaint" (docket no. 31).

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.